The following constitutes
the order of the court. Signed February 09, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Inc. Internet Home Services

Case No. 00-56083-RLE

Chapter No. 7

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Iter Occidentale c/o Martin Resch in the total amount of $5,139.38 was not cashed within the 90 day limit and an unclaimed money report was entered on 07/07/2008 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Iter Occidentale c/o Martin Resch is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $5,139.38 to the order of Iter Occidentale c/o Martin Resch and mail to 394 Camino Sobrante
Orinda CA 94563

**End of Order**
**No Service List Requested**